IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:15CV1271

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Daniel A. Edelman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Illinois | 10/26/1976 | 0712094 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. Sup. Ct. | 12/05/1994 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 3d Cir. Ct. of App. | 04/11/1997 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 7th Cir. Ct. of App. | 02/26/1993 | |
| (Court where admitted) | (Admission date) *and others* | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Dawn Elaine

_____
(Applicant's Signature)

03/31/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Edelman Combs Latturner & Goodwin LLC

20 South Clark Street, Suite 1500, Chicago IL 60603 // (312) 739-4200

(312) 419-0379 (fax) // tsoule@edcombs.com & courtecl@edcombs.com

Sworn and subscribed before me this

_31st_ Day of _March_, 2015.

_____
Notary Public

OFFICIAL SEAL
LISA D STROUD
Notary Public - State of Illinois
My Commission Expires Feb 29, 2016

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Daniel A. Edelman____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Carlo Sabatini | *Carlo Sabatini* (signature) | 10/21/1999 | PA 83831 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sabatini Law Firm LLC

216 N. Blakely Street, Dunmore PA 18512

(570) 341-9000 // (570) 504-2769 (fax) // ecf@sabatinilawfirm.com

Sworn and subscribed before me this

1st Day of April, 2015

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Shannon Dodge, Notary Public
Dunmore Borough, Lackawanna County
My commission expires November 17, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CREDIT CONTROL LLC et al | : | |
| | : | NO. 2:15CV1271 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Daniel A. Edelman__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Credit Control LLC (c/o CT Corp., 116 Pine St. #320, Harrisburg PA 17101);

and LVNV Funding LLC, Resurgent Capital Services LP and Alegis Group LLC

(all c/o Corp. Serv. Co., 2958 Interstate Dr. #103, Harrisburg PA 17110).

_Carlo Salat_ (signature)
Signature of Attorney

~~Daniel A. Edelman~~ CARLO SABATINI
Name of Attorney

plaintiff Dawn Elaine
Name of Moving Party

~~03/31/2015~~  4/1/2015
Date

APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CREDIT CONTROL LLC et al | : | NO. 2:15CV1271 |

## ORDER

AND NOW, this _____ Day of _____, 2015, it is hereby

ORDERED that the application of _Daniel A. Edelman_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.