APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELAINE                                        :        CIVIL ACTION
                                              :
       v.                                     :
                                              :
CREDIT CONTROL LLC et al                      :
                                              :        NO.  2:15CV1271

### ORDER

AND NOW, this  7th  Day of  April , 2015 , it is hereby

ORDERED that the application of  Daniel A. Edelman , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
Wendy Beetlestone        J.