# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dawn Elaine, for herself and a class, | Docket 2:15-cv-01271-WB |
| Plaintiff, | (JUDGE WENDY BEETLESTONE) |
| v. | |
| Credit Control, LLC, <br> LVNV Funding, LLC, <br> Resurgent Capital Services, LP, <br> and Alegis Group, LLC, | FILED ELECTRONICALLY |
| Defendants. | |

## ORDER

On October 6, 2015, Plaintiff filed *Plaintiff's Motion (1) To Have Plaintiff's Requests For Admission Deemed Admitted, (2) To Compel Responses To Plaintiff's Interrogatories And Requests For Production, And (3) For Sanctions*. A telephonic conference regarding this motion is scheduled for today at 4:30 P.M.

Upon request of Plaintiff, and with the consent of Defendant Credit Control, LLC, this Motion is deemed withdrawn, and today's telephonic hearing is canceled.

**BY THE COURT:**

**Judge Wendy Beetlestone**