## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dawn Elaine, for herself and a class,<br>　　　Plaintiff<br><br>v.<br><br>Credit Control, LLC,<br>LVNV Funding, LLC,<br>Resurgent Capital Services, LP and<br>Alegis Group, LLC<br>　　　Defendants | Docket 2:15-cv-01271-WB<br><br>(JUDGE WENDY BEETLESTONE) |

### PLAINITFF'S MOTION IN LIMINE REGARDING STATUTORY DAMAGES

For the reasons contained in the accompanying brief, Plaintiff, Dawn Elaine, hereby requests that the Court enter an order precluding Defendants Credit Control, LLC, LVNV Funding, LLC, and Resurgent Capital Services, LP ("Defendants") from arguing that Plaintiff and the Class can only recover a statutory damage award from only one Defendant and ordering that the jury should be instructed that each Defendant may be found liable to the Class for a statutory damage award in an amount not to exceed one percent of each Defendant's net worth.

　　　　　　　　　　　　　　　　　　　　　　/s/ Francis R. Greene
　　　　　　　　　　　　　　　　　　　　　　Francis R. Greene

Daniel A. Edelman
Francis R. Greene
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (fax)
fgreene@edcombs.com

Carlo Sabatini, (PA 83831)
SABATINI LAW FIRM, LLC
216 N. Blakely St.
Dunmore, PA 18512

Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Francis R. Greene, hereby certify that Defendants' counsel is being served through the CM/ECF system.

                                        /s/ Francis R. Greene
                                        Francis R. Greene

## **CERTIFICATE REGARDING NONCONCURRENCE**

    Defendants **do not** concur with the relief requested in this motion
.

                                        /s/ Francis R. Greene
                                        Francis R. Greene