## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dawn Elaine, for herself and a class,<br>    Plaintiff<br><br>v.<br><br>Credit Control, LLC,<br>LVNV Funding, LLC,<br>Resurgent Capital Services, LP and<br>Alegis Group, LLC<br>    Defendants | Docket 2:15-cv-01271-WB<br><br>(JUDGE WENDY BEETLESTONE) |

## **ORDER**

Upon consideration of *Plaintiff's Motion in Limine Regarding Statutory Damages*, it is hereby ordered that the motion is granted. Defendants are precluded from arguing that Plaintiff and the class can recover only one statutory damage award.


Date:_____          _____
                                                                                               Wendy Beetlestone
                                                                                               United States District Judge