Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark Street
Suite 1500
Chicago, IL 60603-3403

PO Box 217
Glenside, PA 19038-0217

Date: 7/11/2016

Regarding: CREDIT CONTROL, LLC V ELAINE, DAWN
Invoice No: 00051

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/16/2015 | MRT | review file and letter, memo from DAE, resp w/questions re: 3rd cir. | 0.30 | $480.00 | $144.00 |
| 2/17/2015 | MRT | email DAE and draft letter to client | 0.30 | $480.00 | $144.00 |
| 2/18/2015 | MS | mailed out letter to client | 0.10 | $125.00 | $12.50 |
| 3/03/2015 | MRT | tc client re: claims and duties of class rep, answer many questions about case/court/defendant/deps, etc. | 0.80 | $480.00 | $384.00 |
| 3/03/2015 | MRT | confs DAE/TES re: claim in PA and local counsel | 0.40 | $480.00 | $192.00 |
| 3/06/2015 | TES | Call with C. Sabatini re coming on as co-counsel, and e-mails with DAE/DA re same | 0.40 | $395.00 | $158.00 |
| 3/06/2015 | TES | E-mail papers to Sabatini, and to client seeking complaint approval | 0.30 | $395.00 | $118.50 |
| 3/06/2015 | TES | Follow-up call confirming co-counsel agreement; client advised | 0.20 | $395.00 | $79.00 |
| 3/06/2015 | TES | Call with client re authorization and complaint approval | 0.20 | $395.00 | $79.00 |
| 3/07/2015 | TES | Call back to client | 0.10 | $395.00 | $39.50 |
| 3/09/2015 | MRT | review and approve complaint for filing | 0.20 | $480.00 | $96.00 |
| 3/09/2015 | TES | Approval of complaint (long phone call) | 0.80 | $395.00 | $316.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/09/2015 | TES | Edits to complaint and drafting of class papers, including review of local rules | 2.30 | $395.00 | $908.50 |
| 3/09/2015 | TES | Review of C Sabatini edits later in day | 0.30 | $395.00 | $118.50 |
| 3/10/2015 | TES | Begin filling out papers for pro hac | 0.10 | $395.00 | $39.50 |
| 3/11/2015 | TES | Follow-up e-mail with C Sabatini | 0.10 | $395.00 | $39.50 |
| 3/13/2015 | TES | Advise DAE and DR of filing of case. | 0.10 | $395.00 | $39.50 |
| 3/30/2015 | TES | Fill out pro hac papers | 0.30 | $395.00 | $118.50 |
| 3/31/2015 | TES | Complete forms for pro hac vice and send to C Sabatini | 0.10 | $395.00 | $39.50 |
| 4/01/2015 | TES | E-mail from C Sabatini re filings | 0.10 | $395.00 | $39.50 |
| 4/07/2015 | TES | E-mail to DR papers and request assistance on ECF | 0.10 | $395.00 | $39.50 |
| 4/15/2015 | DR | Created logging file, logged docs and prepared file to be turned into binder | 0.40 | $125.00 | $50.00 |
| 4/28/2015 | TES | Review rules for ECF and preparing sign-up papers for DAE and TES | 0.50 | $395.00 | $197.50 |
| 4/29/2015 | TES | Respond to e-mail from Sabatini last night re service | 0.10 | $395.00 | $39.50 |
| 5/08/2015 | TES | E-mails to Sabatini and to OC re 26f | 0.20 | $395.00 | $79.00 |
| 5/11/2015 | TES | E-mail back to OC | 0.10 | $395.00 | $39.50 |
| 5/19/2015 | LL | Logging/Filing docs. | 0.10 | $125.00 | $12.50 |
| 6/03/2015 | TES | E-mail to OC requesting Rule 26 conference | 0.10 | $395.00 | $39.50 |
| 6/04/2015 | TES | Respond to OC re 26f report | 0.10 | $395.00 | $39.50 |
| 6/05/2015 | TES | E-mail back to OC re 26f conference | 0.10 | $395.00 | $39.50 |
| 6/11/2015 | TES | Slight edit to brief, and final prep for filing | 0.20 | $395.00 | $79.00 |
| 6/11/2015 | TES | Track down ECF filing information | 0.20 | $395.00 | $79.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/11/2015 | TES | 26f conference and drafting report of meeting | 1.00 | $395.00 | $395.00 |
| 6/17/2015 | LL | Logged and filed doc. | 0.10 | $125.00 | $12.50 |
| 6/18/2015 | TES | Call with Court, e-mail with co-counsel afterwards | 0.40 | $395.00 | $158.00 |
| 6/19/2015 | TES | Confer with DAE re schedule and one-way intervention | 0.20 | $395.00 | $79.00 |
| 6/30/2015 | TES | Draft and serve 26a1 disclsoures | 0.40 | $395.00 | $158.00 |
| 7/06/2015 | TES | Review of complaint and answer, and draft discovery requests | 1.50 | $395.00 | $592.50 |
| 7/07/2015 | TES | E-mailing disclosures on e-discovery | 0.40 | $395.00 | $158.00 |
| 7/07/2015 | TES | E-mailed OC re: discovery; tc client re: same | 0.30 | $395.00 | $118.50 |
| 7/07/2015 | TES | Edits to discovery requests and service of them | 0.40 | $395.00 | $158.00 |
| 8/28/2015 | CPM | EMail to and from OC re discovery and settlement | 0.30 | $325.00 | $97.50 |
| 9/10/2015 | CPM | Call from CC re status and updates; review file; conf DAE; begin memo | 0.40 | $325.00 | $130.00 |
| 9/14/2015 | MS | docketed date for holding Rule 37 conf | 0.10 | $125.00 | $12.50 |
| 9/14/2015 | MS | saved Ds' discovery responses to TM, printed same, logged same to be filed | 0.30 | $125.00 | $37.50 |
| 9/15/2015 | JOL | rev of LVNV responses to discovery; conf cpm | 0.40 | $700.00 | $280.00 |
| 9/17/2015 | FRG | reviewed CPM's memo re: status of the case; e-mailed Carlo Sabatini re: status of discovery; conf. JOL re: same | 0.30 | $500.00 | $150.00 |
| 9/17/2015 | JOL | rev of file; conf CPM, FRG | 0.40 | $700.00 | $280.00 |
| 9/17/2015 | JOL | review of emails ; conf FRG | 0.40 | $700.00 | $280.00 |
| 9/23/2015 | FRG | conf. Carlo Sabbatini re: rule 37 conference with counsel for Credit Control plus consent to withdraw TES's appearance and filing my pro hac | 0.10 | $500.00 | $50.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:    4

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2015 | FRG | e-mailed OC re: consent to file pro hac vice motion | 0.10 | $500.00 | $50.00 |
| 10/01/2015 | FRG | Drafted Motion to Compel; conf. JOL re: same; e-mailed draft to Carlo Sabatini | 2.00 | $500.00 | $1,000.00 |
| 10/05/2015 | FRG | Revised Motion to Compel | 3.20 | $500.00 | $1,600.00 |
| 10/06/2015 | FRG | Further revisions to the Motion to Compel, and Brief in Support; e-mailed Carlo Sabatini re: same; conf. JOL re: same | 0.50 | $500.00 | $250.00 |
| 10/12/2015 | FRG | reviewed Defendants' Discovery Responses; e-mailed Ron Metcho re: protective order | 0.50 | $500.00 | $250.00 |
| 10/12/2015 | FRG | conf. TNH re: discovery in cases involving LVNV defendants | 0.10 | $500.00 | $50.00 |
| 10/12/2015 | FRG | reviewed Defendants' Answers to the Complaint | 0.40 | $500.00 | $200.00 |
| 10/12/2015 | TNH | conf FRG re LVNV defendants | 0.10 | $325.00 | $32.50 |
| 10/13/2015 | FRG | created draft protective order; e-mailed Ron Metcho re: same | 0.50 | $500.00 | $250.00 |
| 10/13/2015 | FRG | signed form in connection with pro hac vice motion; e-mailed Carlo Sabatini re: same; conf. KR re: same | 0.20 | $500.00 | $100.00 |
| 10/14/2015 | DAE | conf. FRG re: Motion to Compel Credit Control's Discovery responses | 0.10 | $700.00 | $70.00 |
| 10/14/2015 | FRG | further reviewed status of the case; Defendant's Failure to Serve 26a1 Disclosures; objections to discovery requests; answers to the complaint | 0.60 | $500.00 | $300.00 |
| 10/14/2015 | FRG | prepared for telephone conference re: motion to compel; tc, e-mailed Carlo Sabatini re: same; conf. DAE re: same; e-mailed Ron Metcho re: same | 0.80 | $500.00 | $400.00 |
| 10/14/2015 | MS | processed docs to be filed | 0.10 | $125.00 | $12.50 |
| 10/15/2015 | DAE | review Credit Control's discovery responses and discuss with FRG | 0.50 | $700.00 | $350.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.: 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2015 | DAE | conf. FRG re: extending the hearing on the motion to compel Credit Control's Discovery Responses | 0.10 | $700.00 | $70.00 |
| 10/15/2015 | FRG | e-mailed Ron Metcho re: extending hearing on motion to compel; e-mailed the court re: same; conf. DAE re: same | 0.30 | $500.00 | $150.00 |
| 10/15/2015 | FRG | reviewed Credit Control Inc's discovery responses; tc Carlo Sabatini re same; conf. DAE re: same | 0.50 | $500.00 | $250.00 |
| 10/16/2015 | FRG | Prepared for, participated in Rule 37 conference with Ron Metcho and Carlo Sabatini re: Credit Control's Discovery Responses | 1.10 | $500.00 | $550.00 |
| 10/26/2015 | FRG | w/ Carlo Sabatini, Ron Metchow, tc court re: discovery conference call | 0.30 | $500.00 | $150.00 |
| 10/26/2015 | MS | processed docs to be filed | 0.20 | $125.00 | $25.00 |
| 11/02/2015 | MS | processed docs to be filed | 0.10 | $125.00 | $12.50 |
| 11/03/2015 | FRG | Reviewed Credit Control's Discovery Responses | 0.40 | $500.00 | $200.00 |
| 11/05/2015 | FRG | e-mailed Ron Metcho re; submitting protective order to the court; and production of the Resurgent agreement with Credit Control | 0.20 | $500.00 | $100.00 |
| 11/05/2015 | FRG | Drafted Rule 30b6 deposition topics | 1.20 | $500.00 | $600.00 |
| 11/06/2015 | FRG | reviewed, signed Notice of Deposition of Credit Control | 0.10 | $500.00 | $50.00 |
| 11/06/2015 | FRG | drafted deposition notices for defendants and Renkim; e-mailed Carlo Sabatini re: same; conf. KR re: same | 0.80 | $500.00 | $400.00 |
| 11/09/2015 | FRG | reviewed, edited, signed subpoena to Renkim | 0.40 | $500.00 | $200.00 |
| 11/09/2015 | FRG | reviewed, signed protective order; e-mailed Ron Metcho re: same | 0.10 | $500.00 | $50.00 |
| 11/18/2015 | FRG | tc Mike Kerr re: Renkim deposition | 0.20 | $500.00 | $100.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   6

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/2015 | FRG | tc Carlo Sabatini; e-mailed Ron Metcho re: entry of protective order; deposition dates | 0.30 | $500.00 | $150.00 |
| 11/20/2015 | FRG | reviewed, responded to e-mails from Renkim's counsel re: Renkim deposition | 0.20 | $500.00 | $100.00 |
| 11/20/2015 | FRG | reviewed, responded to e-mail from Ron Metcho re: scheduling defendants' depositions | 0.20 | $500.00 | $100.00 |
| 11/23/2015 | FRG | e-mailed Ron Metcho re: production of documents; Plaintiff's deposition | 0.10 | $500.00 | $50.00 |
| 11/23/2015 | FRG | prepared for Renkim deposition | 0.50 | $500.00 | $250.00 |
| 11/24/2015 | FRG | prepared for Renkim deposition | 0.50 | $500.00 | $250.00 |
| 11/24/2015 | FRG | prepared for Renkim deposition | 2.40 | $500.00 | $1,200.00 |
| 11/25/2015 | FRG | Prepared for, took Renkim deposition | 2.00 | $500.00 | $1,000.00 |
| 11/30/2015 | DAE | conf. FRG re: Plaintiff's settlement demand | 0.10 | $700.00 | $70.00 |
| 11/30/2015 | FRG | drafted settlment demand; conf. DAE re: same; conf. Carlo Sabatini re: same | 0.50 | $500.00 | $250.00 |
| 11/30/2015 | FRG | tc client (n/a) twice | 0.20 | $500.00 | $100.00 |
| 12/01/2015 | FRG | sent settlement demand to OC | 0.20 | $500.00 | $100.00 |
| 12/01/2015 | FRG | tc client (2) (n/a); drafted letter to client | 0.20 | $500.00 | $100.00 |
| 12/01/2015 | FRG | tc Carlo Sabatini re: client's deposition | 0.20 | $500.00 | $100.00 |
| 12/02/2015 | FRG | tc client re: status of the case; scheduling her deposition; possible mediation | 0.50 | $500.00 | $250.00 |
| 12/02/2015 | FRG | e-mailed Ron Metcho re: outstanding document production | 0.10 | $500.00 | $50.00 |
| 12/02/2015 | KR | Called Dawn Elaine, Reached Unknown Person | 0.20 | $125.00 | $25.00 |
| 12/03/2015 | FRG | e-mailed Ron Metcho re: overdue document production | 0.10 | $500.00 | $50.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/2015 | FRG | letter to Judge Beetlestone re: discovery issues, conference | 1.20 | $500.00 | $600.00 |
| 12/03/2015 | FRG | tc client; e-mailed Carlo Sabatini re: scheduling the client's deposition | 0.20 | $500.00 | $100.00 |
| 12/03/2015 | FRG | e-mailed client re: scheduling her deposition preparation | 0.10 | $500.00 | $50.00 |
| 12/03/2015 | KR | Logged Files | 0.10 | $125.00 | $12.50 |
| 12/03/2015 | KR | Sent Fax | 0.30 | $125.00 | $37.50 |
| 12/03/2015 | KR | Sent Client PeopleMap Report | 0.20 | $125.00 | $25.00 |
| 12/03/2015 | KR | Logged Documents | 0.20 | $125.00 | $25.00 |
| 12/04/2015 | FRG | prepared for, participated in telephonic hearing with Judge Beetlestone re: discovery, settlement issues | 0.60 | $500.00 | $300.00 |
| 12/04/2015 | FRG | tc client re: mediation, settlement terms | 0.30 | $500.00 | $150.00 |
| 12/04/2015 | FRG | with co-counsel and opposing counsel, called Judge Lloret's chambers to schedule settlement conference | 0.30 | $500.00 | $150.00 |
| 12/06/2015 | FRG | Calendared dates from court's 12/3 order; e-mailed client re: date of mediation | 0.10 | $500.00 | $50.00 |
| 12/09/2015 | KR | Logged Documents | 0.10 | $125.00 | $12.50 |
| 12/11/2015 | FRG | tc Ron Metcho re: production of financials from the LVNV defendants | 0.10 | $500.00 | $50.00 |
| 12/15/2015 | KR | Logged Document | 0.10 | $125.00 | $12.50 |
| 1/06/2016 | FRG | conf. LS re: travel arrangments to Philadelphia for settlement conference | 0.80 | $500.00 | $400.00 |
| 1/06/2016 | FRG | e-mailed client re: attendance at settlement conference | 0.20 | $500.00 | $100.00 |
| 1/12/2016 | FRG | e-mailed client re: settlement conference | 0.10 | $500.00 | $50.00 |
| 1/19/2016 | FRG | prepared pre-settlement synopsis of the case; e-mailed Carlo Sabatini re: same | 0.70 | $500.00 | $350.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.: 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2016 | FRG | revised case summary and synopsis; e-mailed them to the court | 0.80 | $500.00 | $400.00 |
| 1/25/2016 | FRG | prepared settlement demand; e-mailed Carlo Sabatini re: same; e-mailed Ron Metcho re: same | 0.30 | $500.00 | $150.00 |
| 1/25/2016 | FRG | prepared for settlement conference | 0.20 | $500.00 | $100.00 |
| 1/25/2016 | FRG | tc client re: settlement conference | 0.40 | $500.00 | $200.00 |
| 1/26/2016 | FRG | Travel to Philadelphia for 1/27 Settlement Conference | 4.50 | $500.00 | $2,250.00 |
| 1/26/2016 | FRG | e-mailed client re: settlement conference | 0.10 | $500.00 | $50.00 |
| 1/27/2016 | FRG | prepared for settlement conference | 1.50 | $500.00 | $750.00 |
| 1/27/2016 | FRG | attended settlement conference | 0.30 | $500.00 | $150.00 |
| 1/28/2016 | FRG | e-mailed Ron Metcho re: tax issues relating to Defendants' last settlement offer | 0.20 | $500.00 | $100.00 |
| 1/28/2016 | FRG | Return from Philadelphia | 3.00 | $500.00 | $1,500.00 |
| 1/28/2016 | FRG | tc client re: Defendant's individual settlement offer; e-mailed class demand to Ron Metcho | 0.90 | $500.00 | $450.00 |
| 2/02/2016 | FRG | reviewed Credit Control's latest settlement offer; reviewed C. Sabatini's e-mail re: same; tc client (l/m) re: same | 0.30 | $500.00 | $150.00 |
| 2/03/2016 | FRG | tc client re; Defendant's latest settlement offer | 0.40 | $500.00 | $200.00 |
| 2/03/2016 | FRG | e-mailed Ron Metcho re: settlement | 0.10 | $500.00 | $50.00 |
| 2/03/2016 | FRG | tc Carlo Sabatini and Ron Metcho re: settlement | 0.20 | $500.00 | $100.00 |
| 2/11/2016 | FRG | telephonic status hearing with Judge Lloret; court appeararnce status report | 0.40 | $500.00 | $200.00 |
| 2/16/2016 | FRG | tc client re: defendant's latest settlement offers | 0.40 | $500.00 | $200.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   9

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2016 | FRG | e-mailed Ron Metcho re: status of settlement | 0.10 | $500.00 | $50.00 |
| 2/19/2016 | FRG | tc client re: Defendant's settlement offer | 0.20 | $500.00 | $100.00 |
| 2/24/2016 | FRG | prepared for, appeared telephonically at status hearing with Magistrate Judge Lloret; court appearance status report | 0.50 | $500.00 | $250.00 |
| 2/25/2016 | FRG | tc client re: participating in telephonic mediation (l/m) | 0.10 | $500.00 | $50.00 |
| 2/29/2016 | DAE | conf. FRG re: individual settlement and tax issues | 0.10 | $700.00 | $70.00 |
| 2/29/2016 | FRG | tc client, conf. DAE, e-mailed OC re: settlement | 0.90 | $500.00 | $450.00 |
| 3/01/2016 | FRG | tc client re: settlement | 0.10 | $500.00 | $50.00 |
| 3/02/2016 | FRG | telephonic mediation with Judge Lloret; tc client re: same | 2.30 | $500.00 | $1,150.00 |
| 3/03/2016 | FRG | telephone conference call with Judge Beetlestone; e-mail, tc Carlo Sabatini re: same | 0.30 | $500.00 | $150.00 |
| 3/03/2016 | FRG | e-mailed Judge Lloret's deputy re: scheduling in person settlement conference; tc Dawn Elaine re: same | 0.30 | $500.00 | $150.00 |
| 3/07/2016 | FRG | conf. MK re: re-issuing deposition notices; e-mailed Carlo Sabatini re: same | 0.30 | $500.00 | $150.00 |
| 3/07/2016 | FRG | e-mailed Ron Metcho re: one-way intervention issue | 0.40 | $500.00 | $200.00 |
| 3/07/2016 | FRG | e-mailed client re: date of settlement conference | 0.10 | $500.00 | $50.00 |
| 3/07/2016 | MK | scheduling and prepping docs | 0.80 | $125.00 | $100.00 |
| 3/08/2016 | FRG | conference call with Carlo Sabatini and Ron Metcho re: settlement | 0.20 | $500.00 | $100.00 |
| 3/08/2016 | FRG | reviewed the court's order re: 3/22 settlement conference; e-mailed Carlo Sabatini re: same | 0.20 | $500.00 | $100.00 |

delman, Combs, Latturner & Goodwin LLC
Page No.: 10

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/08/2016 | FRG | reviewed, signed notices of deposition directed at defendants | 0.10 | $500.00 | $50.00 |
| 3/08/2016 | FRG | reviewed, responded to client's e-mail re: settlement | 0.10 | $500.00 | $50.00 |
| 3/08/2016 | FRG | sent settlement demand to Ron Metcho | 0.10 | $500.00 | $50.00 |
| 3/10/2016 | FRG | research on taxability of attorney's fees to clients | 0.50 | $500.00 | $250.00 |
| 3/10/2016 | MK | logging 4 documents | 0.20 | $125.00 | $25.00 |
| 3/14/2016 | FRG | conf call with Ron Metcho and Carlo Sabatini re: tax issues related to an individual settlement | 0.10 | $500.00 | $50.00 |
| 3/15/2016 | FRG | drafted settlement conference summary, case synopsis; e-mailed it to Judge Lloret's deputy; | 0.50 | $500.00 | $250.00 |
| 3/18/2016 | FRG | tc client re: settlement, tax issues etc.; e-mailed IRS document governing settlements to her | 0.50 | $500.00 | $250.00 |
| 3/21/2016 | FRG | reviewed e-mail from Judge Lloret's clerk cancelling the settlement conference; e-mailed client re: same; e-mailed Carlo Sabatini re: same; e-mailed Judge Lloret's clerk re: same | 0.20 | $500.00 | $100.00 |
| 3/22/2016 | FRG | e-mailed Ron Metcho re: extension to the discovery schedule; settlement | 0.20 | $500.00 | $100.00 |
| 3/22/2016 | MK | canceling depo | 0.10 | $125.00 | $12.50 |
| 3/23/2016 | FRG | reviewed Defendants' letter to Judge Beetlestone re: extending the discovery cut-off; e-mailed Ron Metcho re: same | 0.10 | $500.00 | $50.00 |
| 3/24/2016 | FRG | e-mailed client re: case status | 0.10 | $500.00 | $50.00 |
| 3/24/2016 | FRG | arranged travel arrangments to Philadelphia | 0.20 | $500.00 | $100.00 |
| 3/28/2016 | FRG | reviewed, responded to Ron Metcho's e-mails re: scheduling defendants' depositions; conf. MK re: cancelling court reporters for 3/29 depositions; conf. Carlo Sabatini re: same | 0.50 | $500.00 | $250.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/28/2016 | FRG | e-mailed client re: status of discovery | 0.10 | $500.00 | $50.00 |
| 3/28/2016 | MK | Cancelling Depositions | 0.30 | $125.00 | $37.50 |
| 3/29/2016 | FRG | w/ Carlo Sabatini; conf. (2) Ron Metcho re: Defendants' depositions | 0.50 | $500.00 | $250.00 |
| 3/30/2016 | FRG | conf Ron Metcho, Carlo Sabbatini re: defendants' depositions, plaintiff's deposition; conference with the court | 0.40 | $500.00 | $200.00 |
| 3/31/2016 | FRG | telephonic status hearing with Judge Beetlestone | 0.30 | $500.00 | $150.00 |
| 3/31/2016 | FRG | Letter to Judge Beetlestone re: compelling defendants to appear for their deposition | 2.40 | $500.00 | $1,200.00 |
| 4/01/2016 | FRG | conf. Carlo Sabatini re: Defendants' Notices of deposition; issuing new notices of deposition | 0.40 | $500.00 | $200.00 |
| 4/01/2016 | MK | logging one document | 0.10 | $125.00 | $12.50 |
| 4/04/2016 | FRG | reviewed, responded to Ron Metcho's e-mail regarding plaintiff's deposition; tc client re: same | 0.50 | $500.00 | $250.00 |
| 4/04/2016 | FRG | prepared for settlement conference | 0.50 | $500.00 | $250.00 |
| 4/04/2016 | MK | deposition for April 7th | 0.20 | $125.00 | $25.00 |
| 4/05/2016 | FRG | settlement conference with Judge Lloret, travel to and from conference | 13.00 | $500.00 | $6,500.00 |
| 4/06/2016 | FRG | Prepared for Defendants' depositions | 0.60 | $500.00 | $300.00 |
| 4/06/2016 | FRG | prepared for Defendants' depositions | 1.70 | $500.00 | $850.00 |
| 4/06/2016 | FRG | telephone conference call with Judge Lloret | 0.20 | $500.00 | $100.00 |
| 4/06/2016 | MK | Deposition exhibits prep | 0.90 | $125.00 | $112.50 |
| 4/07/2016 | FRG | prepared for defendants' depositions | 1.00 | $500.00 | $500.00 |
| 4/07/2016 | FRG | prepared for, took defendants' depositions | 8.40 | $500.00 | $4,200.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/07/2016 | MK | Documents to OC and Confirmation with Barkely Court Reporting Service | 0.30 | $125.00 | $37.50 |
| 4/11/2016 | FRG | conf. Ron Metcho, Carlo Sabatini re: client's deposition | 0.20 | $500.00 | $100.00 |
| 4/11/2016 | FRG | tc client re: proof that debt was a consumer debt | 0.60 | $500.00 | $300.00 |
| 4/11/2016 | FRG | conf. Ron Metcho, Carlo Sabatini re: client's deposition | 0.20 | $500.00 | $100.00 |
| 4/11/2016 | FRG | tc client re: whether debt was business or personal debt | 0.10 | $500.00 | $50.00 |
| 4/12/2016 | FRG | reviewed letter from Ron Metcho to court requesting telephonic conference; conf. C. Sabatini, Ron Metcho re: same | 0.20 | $500.00 | $100.00 |
| 4/14/2016 | FRG | prepared for, participated in telephonic hearing with the court re: Plaintiff's deposition; conf. C. Sabatinti re: same | 0.70 | $500.00 | $350.00 |
| 4/14/2016 | FRG | tc client re: scheduling her deposition; tc, Ron Metcho, Carlo Sabatini re: same; e-mailed court's clerk re: same | 0.30 | $500.00 | $150.00 |
| 4/15/2016 | FRG | prepared client for her deposition | 2.20 | $500.00 | $1,100.00 |
| 4/15/2016 | SS | saved ECF doc | 0.10 | $125.00 | $12.50 |
| 4/18/2016 | FRG | tc client re: her deposition | 0.30 | $500.00 | $150.00 |
| 4/18/2016 | FRG | tc Carlo Sabatini re: Plaintiff's deposition | 0.40 | $500.00 | $200.00 |
| 4/18/2016 | FRG | tc Carlo Sabatini re: client's deposition | 0.20 | $500.00 | $100.00 |
| 4/19/2016 | FRG | e-mailed deposition transcripts to Brett Freeman for use in preparing motion for summary judgment | 0.20 | $500.00 | $100.00 |
| 4/19/2016 | FRG | e-mailed Ron Metcho re: One-Way Intervention Issue | 0.10 | $500.00 | $50.00 |
| 4/20/2016 | FRG | conf. Ron Metcho, Carlo Sabatini re: settlement | 0.50 | $500.00 | $250.00 |
| 4/26/2016 | FRG | Numerous calls with Ron Metcho and Carlo Sabatini re: settlement, one way- | 1.80 | $500.00 | $900.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   13

intervention; draft stipulation re: liability

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/27/2016 | FRG | reviewed Motion in Limine | 0.20 | $500.00 | $100.00 |
| 4/27/2016 | FRG | reviewed draft motion in limine | 0.40 | $500.00 | $200.00 |
| 4/27/2016 | FRG | revised Motion for Ruling on Class Cert prior to entry of judgment; conf. Carlo Sabatini re: same and re: filing motion in limine | 0.30 | $500.00 | $150.00 |
| 4/27/2016 | LA | changing sigs on motion to DAE | 0.20 | $125.00 | $25.00 |
| 4/27/2016 | LA | conf with EL re filing mtn in ED Pa. | 0.10 | $125.00 | $12.50 |
| 4/27/2016 | LA | filing notice, motion, and brief | 0.20 | $125.00 | $25.00 |
| 4/27/2016 | LA | email to co-counsel re filing motion notice and brief | 0.10 | $125.00 | $12.50 |
| 4/27/2016 | LA | conf with FRG re filing motion and notice | 0.20 | $125.00 | $25.00 |
| 4/27/2016 | LA | editing motion for filing | 0.20 | $125.00 | $25.00 |
| 4/29/2016 | FRG | prepared for, participated in, conference call with Judge Lloret | 0.30 | $500.00 | $150.00 |
| 5/02/2016 | FRG | e-mailed Carlo Sabatini re: class motion | 0.10 | $500.00 | $50.00 |
| 5/03/2016 | FRG | reviewed, edited Motion in Limine | 1.10 | $500.00 | $550.00 |
| 5/04/2016 | FRG | revised motion in limine re: recovery from all defendants | 1.70 | $500.00 | $850.00 |
| 5/05/2016 | DAE | conf. FRG re: draft motion in limine | 0.10 | $700.00 | $70.00 |
| 5/05/2016 | FRG | reviewed motion in limine; conf. DAE re: same; e-mailed Carlo Sabatini re: same | 1.10 | $500.00 | $550.00 |
| 5/05/2016 | FRG | Drafted Renewed Motion for Class Certification and Memorandum in Suppport | 3.90 | $500.00 | $1,950.00 |
| 5/06/2016 | DAE | review class papers | 0.50 | $700.00 | $350.00 |
| 5/11/2016 | FRG | conf. Carlo Sabatini re: changes to the motion in limine | 0.20 | $500.00 | $100.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   14

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/11/2016 | FRG | e-mailed Motion in Limine to Judge Lloret | 0.20 | $500.00 | $100.00 |
| 5/11/2016 | FRG | Revised Motion in Limine | 0.50 | $500.00 | $250.00 |
| 5/12/2016 | FRG | prepared for, participated in a conference call with Judge Lloret re: settlement | 0.60 | $500.00 | $300.00 |
| 5/12/2016 | FRG | Reviewed Court's order setting matter for oral argument; reviewed Defendant's Response to Motion re: One-Way Intervention Rule; tc Carlo Sabatini re: same; tc, e-mailed Ron Metcho re: same | 0.50 | $500.00 | $250.00 |
| 5/12/2016 | MC | Logged and filed Defendant's Brief from 5/11/16 | 0.10 | $125.00 | $12.50 |
| 5/13/2016 | FRG | Drafted Reply in Support of Motion to Defer any Finding of Liability and for Permission to file a Class Certification Motion; e-mailed Carlo Sabatini re: same | 0.40 | $500.00 | $200.00 |
| 5/16/2016 | FRG | conf. Carlo Sabatini, Ron Metcho re: stipulation re: one-way intervention; reviewed stipulation; e-mailed Carlo Sabatini with edits | 0.60 | $500.00 | $300.00 |
| 5/16/2016 | MC | Logged and filed Court order on Defendants' Concession of Liability | 0.10 | $125.00 | $12.50 |
| 5/17/2016 | MC | Logged and filed order | 0.10 | $125.00 | $12.50 |
| 5/18/2016 | MC | Logged and filed Stipulation Resolving Plaintiff's Motion and Second Amended Scheduling Order | 0.10 | $125.00 | $12.50 |
| 5/23/2016 | MC | Logged and filed documents | 0.10 | $125.00 | $12.50 |
| 5/23/2016 | MC | Logged and filed stipulation resolving plaintiff's motion to defer any findings of liability and for permission to file a class certification | 0.10 | $125.00 | $12.50 |
| 5/26/2016 | FRG | telephone status hearing with Judge Lloret | 0.40 | $500.00 | $200.00 |
| 5/26/2016 | FRG | conf Carlo Sabatini re: status conference with Judge Lloret; filing the | 0.20 | $500.00 | $100.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | motion in limine | | | |
| 5/26/2016 | MC | Worked on motion for entry of judgement | 0.20 | $125.00 | $25.00 |
| 5/27/2016 | FRG | reviewed, edited motion for entry of judgment; conf. MC re: same; tc C. Sabatini re: same | 0.70 | $500.00 | $350.00 |
| 5/27/2016 | MC | Worked on motion | 0.50 | $125.00 | $62.50 |
| 5/27/2016 | MC | Worked on Motion | 0.40 | $125.00 | $50.00 |
| 5/27/2016 | MC | Worked on motion for judgement | 0.30 | $125.00 | $37.50 |
| 5/27/2016 | MC | Edited motion | 0.30 | $125.00 | $37.50 |
| 5/31/2016 | FRG | tc client re: settlement conference on 6/24 | 0.20 | $500.00 | $100.00 |
| 5/31/2016 | FRG | reviewed, edited motion for entry of judgment; conf. MC re: filing it. | 0.20 | $500.00 | $100.00 |
| 5/31/2016 | MC | Filed Plaintiff's Motion for Entry of Judgment on Liability | 0.80 | $125.00 | $100.00 |
| 5/31/2016 | MC | Filed Motion | 0.70 | $125.00 | $87.50 |
| 6/02/2016 | MC | Logged and filed Stipulation | 0.10 | $125.00 | $12.50 |
| 6/03/2016 | FRG | revisions to the class motion and memorandum; tc, e-mailed Carlo Sabatini re: same; conf. MC re: same | 2.90 | $500.00 | $1,450.00 |
| 6/03/2016 | MC | Worked on Memorandum of Law in Support of Plaintiff's Renewed Motion for Class Certification | 0.70 | $125.00 | $87.50 |
| 6/03/2016 | NM | helped file renewed motion for class certification + memorandum in support | 0.40 | $125.00 | $50.00 |
| 6/06/2016 | MC | Logged and filed Motion for class certification and Memorandum that were filed on Friday | 0.50 | $125.00 | $62.50 |
| 6/07/2016 | FRG | conf. Ron Metcho, Carlo Sabatini re: settlement | 0.10 | $500.00 | $50.00 |
| 6/07/2016 | FRG | e-mailed Ron Metcho re: settlement; tc Carlo Sabatini, Dawn Elaine re: same | 0.40 | $500.00 | $200.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   16

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2016 | FRG | tc, e-mail Ron Metcho, Carlo Sabatini re: settlement, withdrawal of pending motions, extensions to respond to pending motions. | 1.50 | $500.00 | $750.00 |
| 6/16/2016 | FRG | reviewed, responded to e-mail from Ron Metcho re: fee demand | 0.10 | $500.00 | $50.00 |
| 6/16/2016 | MC | Logged and filed order | 0.10 | $125.00 | $12.50 |
| 6/17/2016 | FRG | reviewed draft Settlement Conference Summary; tc Carlo Sabatini re: same; conf. DAE re: same; e-mailed summary to the court | 0.50 | $500.00 | $250.00 |
| 6/23/2016 | FRG | reviewed draft letter to Judge Lloret; e-mailed Carlo Sabatini with a proposed edit | 0.10 | $500.00 | $50.00 |
| 6/23/2016 | FRG | with co-counsel and OC, tc Judge Lloret's chambers re: postponement of the settlement conference | 0.10 | $500.00 | $50.00 |
| 6/23/2016 | FRG | e-mailed client re: case status | 0.20 | $500.00 | $100.00 |
| 6/23/2016 | FRG | reviewed, responded to e-mail from Carlo Sabatini re: new settlement conference date | 0.10 | $500.00 | $50.00 |
| 7/07/2016 | JG | created docket memo for 7/18 conference call | 0.20 | $125.00 | $25.00 |
| 7/11/2016 | FRG | reviewed, edited billing records | 0.50 | $500.00 | $250.00 |

Total Fees   $63,944.00

**Expenses**

| Start Date | Description | Charges |
|---|---|---|
| 2/18/2015 | Copy | $0.25 |
| 2/18/2015 | Postage | $0.48 |
| 3/04/2015 | Copy | $0.25 |
| 3/09/2015 | Copy | $0.50 |
| 4/28/2015 | Fax | $7.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:    17

| Date | Description | Amount |
|---|---|---|
| 4/28/2015 | Fax | $7.00 |
| 4/28/2015 | Postage | $5.75 |
| 6/30/2015 | Postage | $0.48 |
| 6/30/2015 | Legal research cost- Pacer | $0.00 |
| 7/07/2015 | Postage | $0.92 |
| 9/15/2015 | Copy | $41.00 |
| 9/17/2015 | Copy | $11.00 |
| 9/30/2015 | Legal research cost- PACER chk 26663 | $1.60 |
| 10/13/2015 | Copy | $1.00 |
| 10/13/2015 | Filing Fee-Pro Hac Vice chk 26609 | $40.00 |
| 10/15/2015 | Fax | $4.00 |
| 10/16/2015 | Copy | $6.00 |
| 10/17/2015 | Overnight Delivery Charge-chk 26659 | $0.00 |
| 11/04/2015 | Phone charge | $0.52 |
| 11/06/2015 | Postage | $1.42 |
| 11/06/2015 | Postage | $1.42 |
| 11/06/2015 | Copy | $4.25 |
| 11/06/2015 | Copy | $1.50 |
| 11/09/2015 | Process server fee-Chk 26692 | $60.00 |
| 11/09/2015 | Copy | $0.25 |
| 11/09/2015 | Copy | $0.75 |
| 11/09/2015 | Copy | $0.75 |
| 11/09/2015 | Postage | $1.64 |

| Date | Description | Amount |
|---|---|---|
| 11/09/2015 | Postage | $3.28 |
| 11/09/2015 | Subpoena- chk 26695 | $40.00 |
| 11/24/2015 | Copy | $0.75 |
| 11/24/2015 | Copy | $4.50 |
| 11/25/2015 | Court Reporter- chk 26802 | $150.00 |
| 12/01/2015 | Copy | $0.25 |
| 12/01/2015 | Postage | $0.48 |
| 12/03/2015 | Fax | $3.00 |
| 12/04/2015 | Phone charge | $2.19 |
| 1/25/2016 | Copy | $5.00 |
| 1/25/2016 | Travel- United Airlines misc. chk chk 26980 | $0.00 |
| 1/26/2016 | Legal research cost- PACER chk 26903 | $3.40 |
| 1/26/2016 | Travel- Taxis chk 26980 | $0.00 |
| 1/27/2016 | Travel- food | $0.00 |
| 1/27/2016 | Travel-food chk 26980 | $0.00 |
| 1/28/2016 | Travel- | $0.00 |
| 1/29/2016 | Travel- hotel chk 26980 | $0.00 |
| 1/29/2016 | Travel- food chk 26980 | $0.00 |
| 2/03/2016 | Copy | $0.25 |
| 2/04/2016 | Phone charge | $2.01 |
| 3/04/2016 | Phone charge | $5.43 |
| 3/08/2016 | Copy | $6.00 |
| 3/08/2016 | Postage | $2.84 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:   19

| Date | Description | Amount |
|---|---|---|
| 3/08/2016 | Travel- American airline Amex card | $0.00 |
| 3/31/2016 | Travel-AA | $23.10 |
| 3/31/2016 | Travel-TAXI | $45.00 |
| 4/04/2016 | Phone charge | $1.43 |
| 4/04/2016 | Postage | $1.42 |
| 4/05/2016 | Travel-TAXI | $45.00 |
| 4/06/2016 | Travel- | $16.00 |
| 4/06/2016 | Copy | $1.50 |
| 4/06/2016 | Copy | $3.00 |
| 4/06/2016 | Postage | $1.42 |
| 4/07/2016 | Court Reporter-chk 27084 | $1,305.26 |
| 4/13/2016 | Process server fee-chk 27089 | $485.94 |
| 4/20/2016 | Copy | $8.00 |
| 4/27/2016 | Copy | $2.00 |
| 5/04/2016 | Phone charge | $2.57 |
| 5/11/2016 | Court Reporter-chk 27170 | $876.25 |
| 5/11/2016 | Travel-American Airlines | $299.59 |
| 5/12/2016 | Print | $1.35 |
| 5/12/2016 | Print | $1.35 |
| 5/16/2016 | Print | $0.75 |
| 5/17/2016 | Court Reporter- chk27171 | $136.50 |
| 5/25/2016 | Print | $0.15 |
| 5/27/2016 | Print | $0.45 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:  20

| Date | Description | Amount |
|---|---|---|
| 5/27/2016 | Print | $0.45 |
| 5/27/2016 | Print | $0.45 |
| 5/31/2016 | Print | $1.95 |
| 5/31/2016 | Print | $0.15 |
| 5/31/2016 | Print | $0.30 |
| 5/31/2016 | Print | $0.15 |
| 5/31/2016 | Print | $0.45 |
| 5/31/2016 | Print | $0.60 |
| 6/14/2016 | Travel- AMEX SW Air | $645.96 |
| 6/15/2016 | Phone charge | $0.08 |

Total Expenses     $4,337.68

Total New Charges     $68,281.68

*Staff Summary*

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Cassandra P Miller | Partner | 0.70 | $325.00 | $227.50 |
| Daniel A. Edelman | Partner | 1.50 | $700.00 | $1,050.00 |
| Diana Rosales | Paralegal | 0.40 | $125.00 | $50.00 |
| Francis R. Greene | Partner | 109.30 | $500.00 | $54,650.00 |
| Jaqueline Galindo |  | 0.20 | $125.00 | $25.00 |
| James O. Latturner | Partner | 1.20 | $700.00 | $840.00 |
| Kelsey Ridenhour | Paralegal | 1.20 | $125.00 | $150.00 |
| Lauren Sanford |  | 1.00 | $125.00 | $125.00 |
| LaToya Lewis | Paralegal | 0.20 | $125.00 | $25.00 |
| Chelsea McDonald |  | 5.20 | $125.00 | $650.00 |
| Melissa Kohler |  | 2.90 | $125.00 | $362.50 |
| Michelle R. Teggelaar | Partner | 2.00 | $480.00 | $960.00 |
| Megan Stewart | Paralegal | 0.90 | $125.00 | $112.50 |
| Nora Meyers |  | 0.40 | $125.00 | $50.00 |
| Sarah Smolyansky | Paralegal | 0.10 | $125.00 | $12.50 |
| Thomas E. Soule | Partner | 11.70 | $395.00 | $4,621.50 |
| Tiffany N. Hardy | Partner | 0.10 | $325.00 | $32.50 |

Tot Hrs: 139.00