# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN ELAINE, for herself and a class, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| CREDIT CONTROL LLC, : | No. 2:15-cv-01271-RAL |
| LVNV FUNDING LLC, : | |
| RESURGENT CAPITAL SERVICES LP, : | |
| and ALEGIS GROUP LLC, : | |
| Defendants. : | |

## **ORDER**

For reasons explained in my Memorandum filed today, it is this 9th day of April, 2018

## **ORDERED**

1. Plaintiffs are awarded $134,572.50 in attorney's fees for work done up until the filing of their brief in opposition to the Defendants' objections to their request for an award of attorneys' fees, together with $6,009.95 in costs.

2. The parties, through counsel, will meet and confer promptly on the $16,578.00 in fees claimed by Plaintiff for the preparation of their brief in opposition to Defendants' objection to the award of attorneys' fees.

3. I will hold a status conference by telephone call with the attorneys on Thursday, April 12, 2018 at 2 p.m. If the remaining dispute is not resolved at that time, I will conduct a hearing at a time and date to be determined for the purpose of addressing any objections the Defendants have to the additional fees and costs requested by Plaintiffs. I will set a briefing schedule at the time of the status call.

4. Plaintiff will be limited to a maximum of $15,000 in additional fees for services rendered in connection with conference with counsel, status call with the court, and hearing, if a hearing is set.

*s/Richard A. Lloret*
HONORABLE RICHARD A. LLORET
U.S. MAGISTRATE JUDGE